# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER: (406) 217-7520,**<br><br>**SUBSCRIBER IDENTITY: TRACFONE, KNOWN TO BE ASSOCIATED WITH CARI ANN** | **MJ 16-51-GF-JTJ**<br><br>**SECOND ORDER TO EXTEND THE NOTIFICATION OF EXECUTION OF A SEARCH WARRANT AUTHORIZED BY THE COURT ON NOVEMBER 21, 2016, AND REMAIN UNDER SEAL**<br><br>**FILED UNDER SEAL** |

WHEREAS a motion to extend the notification period for the execution of a search warrant for the historical text message content for cellular telephone number (406) 217-7520, issued by the Court on November 21, 2016, has been made by the government;

WHEREAS the government has demonstrated that reasonable cause exists to delay notification to the owner and user of cellular telephone by the order authorized by the Court on November 21, 2016;

THEREFORE, IT IS HEREBY ORDERED that pursuant to Rule 41(f) of

1

the Federal Rules of Criminal Procedure and 18 U.S.C. § 3103a(b) and (c), agents of Homeland Security Investigations (HSI) and other authorized law enforcement personnel shall have an additional ninety (90) days to notify Cari Ann MARTIN, the current user of the telephone, of the existence of the warrant authorized on November 21, 2016. That is, law enforcement must notify Cari Ann MARTIN by June 19, 2017, of the historical text message data barring additional time being granted upon a showing of good cause by the government.

The Warrant and Order, Application, Affidavit and Motion to Extend the Notification Period in this matter shall remain sealed until further motion from the government at the conclusion of the related investigation.

IT IS SO ORDERED this 16th day of March, 2017.

_____
John Johnston
United States Magistrate Judge

2